RECEIVED
JUN 22 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROMAN A. BROWN

VERSUS

W.A. SHERROD

DOCKET NO. 11-CV-307; SEC. P

JUDGE DEE D. DRELL

MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 22nd day of June 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE